JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kong Pheng Lee,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:18-cv-01208-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 6, 2019 to June 5, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

///

///

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: April 19, 2019 | | PENA & BROMBERG, ATTORNEYS AT LAW |

Dated: April 19, 2019

                         By: */s/ Jonathan Omar Pena*
                             JONATHAN OMAR PENA
                             Attorneys for Plaintiff

Dated: April 19, 2019          MCGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                          By:  */s/ Asim Modi*
                               ASIM MODI
                               Security Administration
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on April 19, 2019)

**ORDER**

IT IS HEREBY ORDERED, pursuant to the parties' stipulation (ECF No. 14), and a finding of good cause, that Plaintiff's Opening Brief shall be filed on or before June 5, 2019. All other dates in the Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 23, 2019**

/s/ Erin P. Gros

UNITED STATES MAGISTRATE JUDGE