| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL, CSBN 230138 |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | ASIM H. MODI, NYSBN 4692018 |
| | Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| | San Francisco, CA  94105 |
| 6 | Telephone: 415-977-8952 |
| | Facsimile: 415-744-0134 |
| 7 | Email: asim.modi@ssa.gov |
| 8 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| KONG PHENG LEE, | ) Case No.: 1:18-01208-EPG |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| v. | ) |
| | ) (ECF No. 17) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief with the Court by 30 days to **July 31, 2019**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant is currently responsible for performing a range of tasks that preclude drafting the Commissioner's responsive brief by July 1, 2019, such as: drafting answering briefs in two Social Security cases pending

-1-

before the Ninth Circuit; drafting briefs in Social Security cases before the district courts within the Ninth Circuit; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; assisting with the training of a newly hired attorney in the agency's Office of the General Counsel, Region IX; and preparing for an arbitration scheduled for June 26, 2019, involving the agency and one of the agency's collective bargaining units.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *June 17, 2019*  PENA & BROMBERG

By: */s/ Asim H. Modi for Jonathan Omar Pena\**
JONATHAN OMAR PENA
*\*Authorized by email on June 16, 2019*
Attorney for Plaintiff

Date: *June 17, 2019*  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

# ORDER

Pursuant to the stipulation of the Parties (ECF No. 17), and finding good cause exists, IT IS ORDERED that the deadline for Defendant to respond to Plaintiff's opening brief is extended to July 31, 2019. All subsequent deadlines set forth in the Court's Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **June 17, 2019**          /s/ *Erin P. Gros[...]*
                                  UNITED STATES MAGISTRATE JUDGE